UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MINA MILAD GHALI AYAD,

    Petitioner,

v.

                                    Case No. 1:25-cv-1899

KEVIN RAYCRAFT, et al.,                Hon. Hala Y. Jarbou

    Respondents.

_____/

## ORDER GRANTING DISMISSAL

Mina Ayad, petitioner in this immigration-habeas action filed a notice of voluntary dismissal pursuant to Federal Rule of Civil Procedure 41(a).  Because the government has filed a response to the petition, Ayad may not voluntarily dismiss this action without prejudice absent a court order.  Fed. R. Civ. P. 41(a)(2).  Although permitting dismissal without prejudice lies "within the sound discretion of the district court," such a dismissal should be allowed unless the defendant would suffer "'plain legal prejudice' as a result." *Johnson v. Pharmacia & Upjohn Co.*, 192 F.R.D. 226, 228 (W.D. Mich. 1999) (quoting *Grover v. Eli Lilly & Co.*, 33 F.3d 716, 718 (6th Cir. 1994)).  The minimal activity in this case so far, limited to the filing of the petition and the government's response, negates any possibility of prejudice to the government from dismissal without prejudice.  Accordingly,

**IT IS ORDERED** that Ayad's habeas petition (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE.**

Dated: January 14, 2026                      /s/ Hala Y. Jarbou
                                                                     HALA Y. JARBOU
                                                                     CHIEF UNITED STATES DISTRICT JUDGE